**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1886**

---

L. RUTHER,

Plaintiff - Appellant,

versus

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-01-671-A)

---

Submitted:  November 8, 2001        Decided:  November 15, 2001

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

L. Ruther, Appellant Pro Se.  August William Steinhilber, BRAULT, PALMER, GROVER, ZIMMERMAN, WHITE & MIMS, Fairfax, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

L. Ruther appeals the district court's orders dismissing his civil action under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 2001) and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ruther v. State Farm Mutual Ins. Co., No. CA-01-671-A (E.D. Va. June 18 & 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED